**FILED** JUL 2 0 2011

JS-6/ENTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

SHON RAMONE YOKELY,

    Petitioner,

v.

ANTHONY HEDGEPETH, Warden,

    Respondent.

Case No. CV 10-8218-GAF (MLG)

JUDGMENT

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: July 19, 2011

_____
Gary A. Feess
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 2 0 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY